1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH ANTHONY BROWN,              1:11-cv-01585-DLB-(HC)

12                                     ORDER TRANSFERRING CASE TO THE
                                       UNITED STATES DISTRICT COURT FOR
13            Petitioner,              THE  DISTRICT OF COLUMBIA

14  vs.

15  U.S.A.,

16            Respondent.

17  _____/

18

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254.

21        The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside

23  in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise

24  to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or

25  (3) a judicial district in which any defendant may be found, if there is no district in which the action may

26  otherwise be brought." 28 U.S.C.  §  1391(b).

27        In this case, the petitioner is challenging a conviction from Washington D.C. Superior Court,

28  which is in the  District of Columbia.  Therefore, the petition should have been filed in the United States

1  District Court for the District of Columbia.   In the interest of justice, a federal court may transfer a case

2  filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

3  918, 932 (D.C. Cir. 1974).

4        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

5  District Court for the District of Columbia.

6

7    IT IS SO ORDERED.

8    **Dated:**   **September 28, 2011**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28